# U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                     Case No: 10-17298 FJB
                                           Chapter: 13
    Frederick Cogan

    Debtor

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of July 2, 2010, and the Debtor having failed to file timely the ~~Certificate of Credit Counseling~~, Chapter 13 Plan, Schedules A-J, Attorney Disclosure Statement, Statement of Financial Affairs, Summary of Schedules, Chapter 13 Agreement, Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, and Evidence of Current and Sufficient Liability Insurance, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: 8/17/10

_____
Bankruptcy Judge

cc:  Frederick Cogan, Debtor
     Stephen C. Limone, Debtor's counsel
     Carolyn Bankowski, Chapter 13 Trustee